**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KING POMPILUS                              )<br>                                             )<br>        Plaintiff,                          )<br>                                             )<br>v.                                           )<br>                                             )<br>KRAFT GROUP LLC,                             )<br>FIFA WORLD CUP 2026, LLC,                    )<br>BOSTON26 HOST COMMITTEE, and                 )<br>JOHN DOE SECURITY EMPLOYEE                   )<br>                                             )<br>        Defendants.                          ) | Civil Action No. 1:26-cv-12730-JDH |

## DEFENDANT FWC2026 US INC.'S ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, FWC2026 U.S. Inc. ("FWC"), misnamed in the Complaint as FIFA World Cup 2026, LLC, moves for an extension of time, up to and including August 30, 2026, to answer or otherwise respond to Plaintiff's Complaint. (Doc. 1).

In support of this Motion, FWC states that good cause exists for the Court to grant this motion and there will be no prejudice to the parties if the requested relief is granted. Plaintiff filed the Complaint on June 16, 2026. (Doc. 1). FWC was served on June 25 and, therefore, its response to the Complaint is due on July 16, 2026. FWC recently retained the undersigned counsel and counsel is in need of additional time to review the allegations of the Complaint and prepare and file a response.

This is FWC's first motion for extension of time to respond to the Complaint. Pursuant to Local Rule 7.1(a)(2), FWC's counsel represents that she has contacted the Plaintiff, who assents to this motion.

2

Respectfully submitted,

FWC2026 U.S. Inc.

By its attorney,

*/s/ Melanie Woodward*
Melanie Woodward (BBO# 690906)
mwoodward@nutter.com
Nutter McClennen & Fish LLP
155 Seaport Boulevard
Boston, MA 02210-2604
Tel: 617-439-2000
Fax: 617-310-9000

## CERTIFICATE OF SERVICE

I certify that, on July 14, 2026, this document (filed through the ECF system) will be sent by email to Plaintiff, King Pompilus.

*/s/ Melanie Woodward*
Melanie Woodward

8160986.1

2